| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MEDomics, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Epidiomics Diagnostica, LLC** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **26-2640591** |
| 4. | **Debtor's address** | **Principal place of business**  **426 N San Gabriel Ave Azusa, CA 91702-3451**  Number, Street, City, State & ZIP Code  **Los Angeles**  County | **Mailing address, if different from principal place of business**  **426 N San Gabriel Ave Azusa, CA 91702-3451**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **426 N San Gabriel Ave Azusa, CA 91702-3451**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **MEDomics, LLC** _____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor  **MEDomics, LLC**  Case number (*if known*)
           Name

| | | |
|---|---|---|

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **MEDomics, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 4, 2016**
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

**Steve Sommer**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **April 4, 2016**
MM / DD / YYYY

**Illyssa I Fogel &. Associates**
Printed name

**Illyssa I. Fogel & Associates**
Firm name

**1925 Century Park E Fl 17**
**Los Angeles, CA 90067-2701**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  **ifogel@iiflaw.com**

**145876**
Bar number and State

Debtor   **MEDomics, LLC**                                                                Case number (*if known*)
_____Name_____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 4, 2016**
             MM / DD / YYYY

X _____        **Steve Sommer**
Signature of authorized representative of debtor   Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _/s/ Illyssa I. Fogel_____        Date **April 4, 2016**
Signature of attorney for debtor                  MM / DD / YYYY

**Illyssa I. Fogel**
Printed name

**Illyssa I. Fogel & Associates**
Firm name

**1925 Century Park E Fl 17**
**Los Angeles, CA 90067-2701**
Number, Street, City, State & ZIP Code

Contact phone  **(424) 288-4050**        Email address  **ifogel@iiflaw.com**

**CA 145876**
Bar number and State

# WRITTEN CONSENT
## OF THE MANAGING MEMBER IN LIEU OF A MEETING
## <u>MEDOMICS, LLC</u>

The undersigned, being the Managing Member of MEDOMICS, LLC, a California limited liability company (hereinafter sometimes "Company"), acting pursuant to the provisions of the Company's current Operating Agreement, hereby adopts the following resolutions, in lieu of their adoption at a formal meeting of the Members:

COMPANY AUTHORIZATIONS (1) TO FILE FOR PROTECTION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, (2) TO RETAIN ILLYSSA I. FOGEL OF ILLYSSA I. FOGEL & ASSOCIATES AS GENERAL BANKRUTCY COUNSEL, AND (3) THAT MEMBER ADAM RIN MAY ACT AS ALTERNATE MANAGING MEMBER IN THE EVENT OF THE INCAPITATION OF THE MANAGING MEMBER UPON THE COMPANY'S CHAPTER 11 FILING

**WHEREAS**, the Company deems it financially prudent to authorize filing for protection pursuant to chapter 11 title 11 of the United States Code, the United States Bankruptcy Code; and

**WHEREAS,** the Company desires to retain Illyssa I. Fogel of Illyssa I. Fogel & Associates as General Bankruptcy Counsel to seek (file for) chapter 11 Bankruptcy Protection.

**WHEREAS**, the Company deems it advisable that Member Adam Rin be authorized to act as Alternate Managing Member, subject to a mutually agreeable written management agreement (the "Management Agreement") between the parties, in the event of the incapacitation of the Managing Member.

**THE MANAGING MEMBER HEREBY RESOLVES,** that the Company approve filing for protection under Chapter 11 of the United States Bankruptcy Code.

**RESOLVED FURTHER,** that Illyssa I. Fogel of Illyssa I. Fogel & Associates is authorized to cause such bankruptcy filing on behalf of the Company.

**RESOLVED FURTHER,** that the Company shall retain Illyssa I. Fogel of Illyssa I. Fogel & Associates to seek (file for) Chapter 11 Bankruptcy protection as described above.

**RESOLVED FURTHER,** that Managing Member Steve Sommer is hereby authorized and directed to take such actions and execute such documents as is deemed necessary or proper to effectuate the intent of the foregoing resolutions.

**RESOLVED FURTHER,** that Member Adam Rin, as Alternate Managing Member, shall be authorized and directed pursuant to the Management Agreement, in the event of the incapacitation of the Managing Member, to take such actions and execute such documents as is deemed necessary or proper to effectuate the intent of the foregoing resolutions, *provided however*, that this resolution shall only be effective upon the full execution of the Management Agreement.

April 4, 2016

MANAGING MEMBER:

By: _____
    STEVE SOMMER

ALTERNATE MANAGING MEMBER:

By: _____
    ADAM RIN

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Azusa , California

Date: 04/04/2016

_[signature]_
Signature of Debtor

N/A
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MEDomics, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Richardson & Patel LLP**<br>10900 Wilshire Blvd Ste 500<br>Los Angeles, CA 90024-6533 | (310) 208-1182 | Legal Fees | Contingent<br>Unliquidated<br>Disputed | | | $54,179.70 |
| **Perkin-Elmer Heatlh Science, Inc.**<br>13633 Collection Center Dr<br>Chicago, IL 60693-0136 | Gardener & Reichmann | | Contingent<br>Unliquidated<br>Disputed | | | $45,245.00 |
| **Internal Revenue Service**<br>2970 Market St<br>Philadelphia, PA 19104-5002 | (800) 829-0115 | | Contingent<br>Unliquidated<br>Disputed | | | $29,974.95 |
| **Axeq**<br>1330 Piccard Dr Ste 103<br>Rockville, MD 20850-4372 | (301) 251-1007 | | Contingent<br>Unliquidated<br>Disputed | | | $25,650.00 |
| **Labor Commission of California**<br>320 W 4th St # 450<br>Los Angeles, CA 90013-2479 | (213) 620-6330 | | Contingent<br>Unliquidated<br>Disputed | | | $19,563.63 |
| **Adar Advisors LLC**<br>831 Beacon St # 289<br>Newton Center, MA 02459-1822 | Adam Rin<br><br>(203) 761-0500 | | | | | $17,242.00 |

| Debtor | MEDomics, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rosen and Associates<br>18321 Ventura Blvd # 755<br>Tarzana, CA 91356-4250 | Howard Goodman, Goodman & Goodman | | Contingent<br>Unliquidated<br>Disputed | | | $15,914.00 |
| Law Offices of Alan F. Broidy, APC<br>1925 Century Park E Fl 17<br>Los Angeles, CA 90067-2701 | Alan F. Broidy<br>alan@broidylaw.com<br>(310) 286-6601 | Legal Fees | | | | $15,000.00 |
| Internal Revenue Service<br>2970 Market St<br>Philadelphia, PA 19104-5002 | (800) 829-8374 | Taxes | Contingent<br>Unliquidated<br>Disputed | | | $14,154.75 |
| BC BS / Anthem Blue Cross<br>PO Box 4194<br>Woodland Hills, CA 91365-4194 | Dean Scully<br>(818) 234-3289 | Health Insurance | Contingent<br>Unliquidated<br>Disputed | | | $11,448.42 |
| California Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | (800) 852-2753 | | Contingent<br>Unliquidated<br>Disputed | | | $10,740.99 |
| California Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | (888) 635-0494 | Taxes | Contingent<br>Unliquidated<br>Disputed | | | $9,979.36 |
| CMI Edge Bio Systems<br>PO Box 456<br>Upper Darby, PA 19082-0456 | (610) 352-5151 | | Contingent<br>Unliquidated<br>Disputed | | | $6,746.55 |
| RMS<br>PO Box 280431<br>East Hartford, CT 06128-0431 | Marjorie Griffin<br>(800) 999-9407 | | Contingent<br>Unliquidated<br>Disputed | | | $5,925.00 |
| Axeq<br>1330 Piccard Dr Ste 103<br>Rockville, MD 20850-4372 | (301) 251-1007 | | Contingent<br>Unliquidated<br>Disputed | | | $5,100.00 |
| Beckman Colter<br>36 Cherry Hill Dr<br>Danvers, MA 01923-2575 | (800) 361-7780 | | | | | $4,707.07 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **MEDomics, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LA Tax Collector** **225 N Hill St Fl 1** **Los Angeles, CA** **90012-3253** | (888) 807-2111 | **Taxes** | **Contingent** **Unliquidated** **Disputed** | | | $4,039.51 |
| **Internal Revenue Service** **2970 Market St** **Philadelphia, PA** **19104-5002** | (800) 829-0115 | **Taxes** | **Contingent** **Unliquidated** **Disputed** | | | $2,440.03 |
| **Applied Bio-Systems** **5791 Van Allen Way** **Carlsbad, CA** **92008-7321** | (760) 603-7200 | | **Contingent** **Unliquidated** **Disputed** | | | $2,000.00 |
| **Gregory Brittain** **707 Brookside Ave** **Redlands, CA** **92373-5101** | (909) 335-7335 | **Legal Fees** | | | | $0.00 |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Illyssa I. Fogel

1925 Century Park E Fl 17
Los Angeles, CA 90067-2701
(424) 288-4050 Fax: (424) 288-4370
California State Bar Number: CA 145876
ifogel@iiflaw.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re:

MEDomics, LLC

Debtor(s).

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: April 4, 2016

Siganture of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: April 4, 2016

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

```
MEDomics LLC
426 N San Gabriel Ave
Azusa, CA  91702-3451


Illyssa I Fogel & Associates
1925 Century Park E Fl 17
Los Angeles, CA  90067-2701
```

```
Adam Rin
426 N San Gabriel Ave
Azusa, CA   91702-3451


Adar Advisors LLC
831 Beacon St # 289
Newton Center, MA   02459-1822


Applied Bio-Systems
5791 Van Allen Way
Carlsbad, CA   92008-7321


Arrietta Family
426 N San Gabriel Ave
Azusa, CA   91702-3451


Axeq
1330 Piccard Dr Ste 103
Rockville, MD   20850-4372


BC BS / Anthem Blue Cross
PO Box 4194
Woodland Hills, CA   91365-4194


Beckman Colter
36 Cherry Hill Dr
Danvers, MA   01923-2575
```

```
California Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0001


CMI Edge Bio Systems
PO Box 456
Upper Darby, PA  19082-0456


Dahila Hirsch
426 N San Gabriel Ave
Azusa, CA  91702-3451


Delaware Secretary of State
401 Federal St
Dover, DE  19901-3639


Financial Pacific
PO Box 4568
Federal Way, WA  98063-4568


Gary Arber
425 N San Gabriel Ave
Azusa, CA  91702-3447


Gregg Patenaude
426 N San Gabriel Ave
Azusa, CA  91702-3451
```

```
Gregory Brittain
707 Brookside Ave
Redlands, CA   92373-5101


Internal Revenue Service
2970 Market St
Philadelphia, PA   19104-5002


James Osborne
426 N San Gabriel Ave
Azusa, CA   91702-3451


Jeanne Cohn
426 N San Gabriel Ave
Azusa, CA   91702-3451


LA Tax Collector
225 N Hill St Fl 1
Los Angeles, CA   90012-3253


Labor Commission of California
320 W 4th St # 450
Los Angeles, CA   90013-2479


Law Offices of Alan F Broidy APC
1925 Century Park E Fl 17
Los Angeles, CA   90067-2701
```

```
Pawnee Leasing Corp
1009 Wilshire Blvd # 224
Santa Monica, CA   90401-1931


Perkin-Elmer Heatlh Science Inc
13633 Collection Center Dr
Chicago, IL   60693-0136


Rapid Advance
4500 E West Hwy Fl 6
Bethesda, MD   20814-3327


Richardson & Patel LLP
10900 Wilshire Blvd Ste 500
Los Angeles, CA   90024-6533


RMS
PO Box 280431
East Hartford, CT   06128-0431


Rob-Ho Properties
951 Pacific Ave
Long Beach, CA   90813-4227


Rob-Ho Properties Inc
951 Pacific Ave
Long Beach, CA   90813-4227
```

```
Rosen and Associates
18321 Ventura Blvd # 755
Tarzana, CA  91356-4250


Socket Capital LLC
156 2nd St
San Francisco, CA  94105-3724


SpaGus Ventures
426 N San Gabriel Ave
Azusa, CA  91702-3451


Steve Sommer
210 Spinks Canyon Rd
Duarte, CA  91008-1245


Steve Sommer
426 N San Gabriel Ave
Azusa, CA  91702-3451


Steven Burns
425 N San Gabriel Ave
Azusa, CA  91702-3447


Tetra Financial Group
6995 S Union Park Ctr # 400
Midvale, UT  84047-6088
```

```
Vasudata Sinn
408 S Santa Anita Ave
Arcadia, CA  91006-3523


Vasudata Sinn
408 S Santa Anita Ave Unit 1
Arcadia, CA  91006-3560


VWR
PO Box 117
Wayne, PA  19087-0117


Wells Fargo Bank
100 W Washington St Fl 21
Phoenix, AZ  85003-1814


William Ondo
426 N San Gabriel Ave
Azusa, CA  91702-3451
```