David M. Goodrich
 dgoodrich@wgllp.com
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MEDOMICS LLC<br><br>    Debtor(s) | Case No. 2:16-bk-14355-NB<br><br>Chapter 7<br><br>**UNCLAIMED DIVIDEND(S)**<br><br>[Bankruptcy Rule 3011] |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number <u>1000</u> in the amount of $231.26 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | Bluemeetsblue<br>c/o Craig Camp<br>1052 Cactus Court<br>Thousand Oaks, CA 91320 | $3,240.00 | $190.12 |
| 4 | Bluemeetsblue<br>c/o Craig Camp<br>1052 Cactus Court<br>Thousand Oaks, CA 91320 | $14,975.69 | $41.14 |
| | TOTAL CHECK AMOUNT: | | $231.26 |

Dated: April 1, 2020                    /s/ David M. Goodrich
                                         David M. Goodrich, Chapter 7 Trustee

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): NOTICEO OF UNCLAIMED DIVIDENDS be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 1, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kitty A Baker    kbaker@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com
- Daniel I Barness    daniel@barnesslaw.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Gregory W Brittain    gb@gbrittainlaw.com
- Alan F Broidy - DISBARRED -    alan@broidylaw.com, sherrie@broidylaw.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Illyssa I Fogel    ifogel@iiflaw.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Dare Law    dare.law@usdoj.gov
- Howard N Madris    hmadris@madrislaw.com
- Edward J Miller    emiller@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com
- Cheryl C. Rouse    rblaw@ix.netcom.com
- Melanie Scott    melanie.scott@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Steven Werth    swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

2. SERVED BY UNITED STATES MAIL:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2020 | Lorraine L. Robles | /s/ Lorraine L. Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |