**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: MEDOMICS LLC     §     Case No. 2:16-BK-14355-NB
                                               §
                                               §
                                               §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $129,249.88 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $197,394.88 | |

      3) Total gross receipts of $326,644.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $326,644.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,828,469.76 | $409,732.95 | $9,732.95 | $9,732.95 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $100,194.65 | $100,194.65 | $100,194.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $97,200.23 | $97,200.23 | $97,200.23 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $81,766.25 | $123,170.92 | $89,604.80 | $89,604.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,239,531.92 | $4,544,795.99 | $4,502,494.03 | $29,912.13 |
| **TOTAL DISBURSEMENTS** | $5,149,767.93 | $5,275,094.74 | $4,799,226.66 | $326,644.76 |

4) This case was originally filed under chapter 7 on 04/05/2016, and it was converted to chapter 7 on 12/16/2016.  The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2020     By: /s/ David M. Goodrich
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Settlement | 1249-000 | $1,446.75 |
| Closeout of DIP | 1129-000 | $691.83 |
| A/R | 1121-000 | $76,051.22 |
| Return of deposit | 1229-000 | $1,260.00 |
| Settlement with Debtor | 1249-000 | $5,000.00 |
| ADP -return deposit | 1229-000 | $336.00 |
| Turnover of funds from Ch. 11 | 1229-000 | $241,858.96 |
| **TOTAL GROSS RECEIPTS** | | **$326,644.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross of California dba Anthem Blue Cross | 4210-000 | NA | $6,232.95 | $6,232.95 | $6,232.95 |
| | Wells Fargo Bank | 4210-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| 10S | Socket Capital LLC | 4110-000 | $1,512,569.00 | $400,000.00 | $0.00 | $0.00 |
| N/F | Corporate Service Company | 4110-000 | NA | NA | NA | NA |
| N/F | David Keane | 4110-000 | NA | NA | NA | NA |
| N/F | Financial Pacific Leasing | 4110-000 | $144,100.00 | NA | NA | NA |
| N/F | Republic Bank | 4110-000 | NA | NA | NA | NA |
| N/F | Strategic Funding Source | 4110-000 | NA | NA | NA | NA |
| N/F | Wells Fargo Bank | 4110-000 | $1,171,800.76 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,828,469.76** | **$409,732.95** | **$9,732.95** | **$9,732.95** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David M. Goodrich | 2100-000 | NA | $19,573.98 | $19,573.98 | $19,573.98 |
| Trustee, Expenses - David M. Goodrich | 2200-000 | NA | $1,359.69 | $1,359.69 | $1,359.69 |
| Attorney for Trustee Fees - Sulmeyer Kuptez | 3110-000 | NA | $35,718.00 | $35,718.00 | $35,718.00 |
| Attorney for Trustee, Expenses - Sulmeyer Kuptez | 3120-000 | NA | $809.75 | $809.75 | $809.75 |
| Fees, United States Trustee | 2950-000 | NA | $1,624.73 | $1,624.73 | $1,624.73 |
| Bond Payments - BOND | 2300-000 | NA | $5.24 | $5.24 | $5.24 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $182.61 | $182.61 | $182.61 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $8,369.44 | $8,369.44 | $8,369.44 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $12,662.12 | $12,662.12 | $12,662.12 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 3410-000 | NA | $15,279.50 | $15,279.50 | $15,279.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 3420-000 | NA | $207.52 | $207.52 | $207.52 |
| Other Professional Fees - Contance R. Doyle | 3991-000 | NA | $2,130.00 | $2,130.00 | $2,130.00 |
| Other Professional Fees - Med-Billing Solutions, LLC | 3991-000 | NA | $2,187.07 | $2,187.07 | $2,187.07 |
| Other Professional Expenses - Constance R. Doyle | 3992-000 | NA | $85.00 | $85.00 | $85.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $100,194.65 | $100,194.65 | $100,194.65 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - David M. Goodrich | 6101-000 | NA | $32,476.85 | $32,476.85 | $32,476.85 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - LEA Accountancy, LLP | 6420-000 | NA | $43.86 | $43.86 | $43.86 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - LEA Accountancy, LLP | 6410-000 | NA | $10,785.50 | $10,785.50 | $10,785.50 |
| Attorney for D-I-P Fees - Law Office of Michael J. Berger | 6210-160 | NA | $25,974.00 | $25,974.00 | $25,974.00 |
| Attorney for D-I-P Expenses - Law Office of Michael J. Berger | 6220-170 | NA | $1,646.44 | $1,646.44 | $1,646.44 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Sulmeyer Kuptez | 6110-000 | NA | $26,109.00 | $26,109.00 | $26,109.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Sulmeyer Kuptez | 6120-000 | NA | $164.58 | $164.58 | $164.58 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$97,200.23** | **$97,200.23** | **$97,200.23** |

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-3 | INTERNAL REVENUE SERVICE | 5800-000 | $32,721.31 | $82,712.11 | $82,712.11 | $82,712.11 |
| 2P | Los Angeles Conty and Treasurer | 5800-000 | $171.62 | $68.95 | $68.95 | $68.95 |
| 5P | Franchise Tax Board | 5800-000 | NA | $6,823.74 | $6,823.74 | $6,823.74 |
| 12 | Bill Scaringe | 5300-000 | $33,566.12 | $33,566.12 | $0.00 | $0.00 |
| N/F | Delaware Secretary of the State | 5100-000 | $1,073.95 | NA | NA | NA |
| N/F | Labor Commission of California | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Nicolas Neckelmann | 5300-000 | $1,383.25 | NA | NA | NA |
| N/F | Skjoid Nicolas Neckelmann | 5300-000 | $12,850.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$81,766.25** | **$123,170.92** | **$89,604.80** | **$89,604.80** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | United States Bankruptcy Court | 7100-001 | NA | $231.26 | $231.26 | $231.26 |
| 1U-3 | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $32,784.22 | $32,784.22 | $416.22 |
| 2S | Los Angeles County Treasurer | 7100-000 | $0.00 | $102.67 | $0.00 | $0.00 |
| 3 | Bluemeetsblue | 7100-000 | $0.00 | $3,240.00 | $3,240.00 | $0.00 |
| 4 | Bluemeetsblue | 7100-000 | $0.00 | $14,975.69 | $14,975.69 | $0.00 |
| 5U | Franchise Tax Board | 7100-000 | $0.00 | $688.00 | $688.00 | $8.73 |
| 6 | Financial Pacific Leasing, Inc. | 7100-000 | $0.00 | $6,507.00 | $6,507.00 | $82.61 |
| 7 | RAPID ADVANCE | 7100-000 | $0.00 | $137,525.26 | $137,525.26 | $1,745.95 |
| 8 | Skjold Nicolas Neckelmann | 7100-000 | NA | $19,563.63 | $19,563.63 | $248.37 |
| 9 | Mitchell Silberberg & Knupp LLP | 7100-000 | $0.00 | $55,260.06 | $55,260.06 | $701.55 |
| 10U | Socket Capital LLC | 7100-000 | $0.00 | $1,328,521.19 | $1,286,321.90 | $16,330.51 |
| 11 -4 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $799,254.03 | $799,254.03 | $10,146.93 |
| 13 | RFS Business Funding | 7200-000 | $0.00 | $136,414.72 | $136,414.72 | $0.00 |
| 14 | Choice Administrators | 7200-000 | $0.00 | $7,961.51 | $7,961.51 | $0.00 |
| 16 | UCLA Dept of Pathology and Laboratory Medicine - | 7200-000 | $0.00 | $59,145.00 | $59,145.00 | $0.00 |
| 18 | Genohub Inc | 7200-000 | NA | $9,500.00 | $9,500.00 | $0.00 |
| 19 | Gregory W. Brittian | 7200-000 | NA | $28,223.65 | $28,223.65 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Gregory Brittan | 7200-000 | NA | $29,898.10 | $29,898.10 | $0.00 |
| 21 | Steve Sommers, MD, PhD | 7200-000 | $2,061,356.00 | $1,875,000.00 | $1,875,000.00 | $0.00 |
| N/F | Applied Bio-Systems | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Axeq | 7100-000 | $5,100.00 | NA | NA | NA |
| N/F | Axwq | 7100-000 | $25,650.00 | NA | NA | NA |
| N/F | BC BS Anthem Blue Cross | 7100-000 | $11,488.42 | NA | NA | NA |
| N/F | Bechman Colter | 7100-000 | $4,707.07 | NA | NA | NA |
| N/F | CMI Edge Bio System | 7100-000 | $6,746.55 | NA | NA | NA |
| N/F | Law Office Alan F. Broidy | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Parkin Elmar Health Science | 7100-000 | $45,245.00 | NA | NA | NA |
| N/F | Pawnee Leasing Corp | 7100-000 | NA | NA | NA | NA |
| N/F | RMS | 7100-000 | $5,925.00 | NA | NA | NA |
| N/F | Richardson & Pater LLP | 7100-000 | $54,179.70 | NA | NA | NA |
| N/F | Rob-Ho Properties | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | TFG California LP | 7100-000 | NA | NA | NA | NA |
| N/F | Tetra Financial Group | 7100-000 | NA | NA | NA | NA |
| N/F | VWR | 7100-000 | $634.18 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,239,531.92** | **$4,544,795.99** | **$4,502,494.03** | **$29,912.13** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:16-BK-14355-NB  
**Case Name:** MEDOMICS LLC  
**For Period Ending:** 05/21/2020

**Trustee Name:** (001790) David M. Goodrich  
**Date Filed (f) or Converted (c):** 12/16/2016 (c)  
**§ 341(a) Meeting Date:** 01/17/2017  
**Claims Bar Date:** 06/30/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Closeout of DIP | 0.00 | 691.83 | | 691.83 | FA |
| 2 | Turnover of funds from Ch. 11 (u)<br>Case converted from ch. 11 | 0.00 | 241,858.96 | | 241,858.96 | FA |
| 3 | A/R | 0.00 | 76,051.22 | | 76,051.22 | FA |
| 4 | Settlement with Debtor (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 5 | Return of deposit (u) | 0.00 | 1,260.00 | | 1,260.00 | FA |
| 6 | ADP -return deposit (u) | 0.00 | 336.00 | | 336.00 | FA |
| 7 | Class Action Settlement (u) | 0.00 | 1,281.66 | | 1,446.75 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$0.00** | **$326,479.67** | | **$326,644.76** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:16-BK-14355-NB  
**Case Name:** MEDOMICS LLC  
**For Period Ending:** 05/21/2020

**Trustee Name:** (001790) David M. Goodrich  
**Date Filed (f) or Converted (c):** 12/16/2016 (c)  
**§ 341(a) Meeting Date:** 01/17/2017  
**Claims Bar Date:** 06/30/2016

**Major Activities Affecting Case Closing:**

Period ending December 31, 2019-All asset have been administered. The final report was submitted on June 30, 2019, a hearing was set for October 1, 2019, and all fees were approved by the court [Dkt. No. 378]. Once the trustee receives the bank statement showing a zero balance on hand, he will submit the distribution report.

Period ending September 30, 2019- MEDomics, LLC ("Debtor") commenced a chapter 11 bankruptcy case by filing a voluntary petition for relief on April 5, 2016. The Debtor operated as a debtor in possession until June 15, 2016, when the Court entered its order approving the appointment of a trustee [Docket No. 114]. The Trustee operated the Debtor's business as a Chapter 11 Trustee until December 15, 2016, as the Court entered on order converting this case to one under Chapter 7 of the Bankruptcy Code on December 16, 2016. The trustee was reappointed on December 20, 2016.

The Debtor was founded in 2008 with the goal of developing and offering genetic testing,analysis, and treatment recommendations to patients with mitochondrial disease, intellectual
deficiency, epilepsy, and autism. Its business model was to accept patients whose health insurance coverage included genetic testing, and then invoice the insurance companies for that service. Prior to the Petition Date, the Debtor typically collected between 0% and 75% of the billed amount, within 3 to 8 months after billing. The Debtor's accounts receivable were of significant value, and the only meaningful asset of the Estate. As of the Petition Date, the Debtor had approximately $1,400,000 in open accounts receivable. The estate has concluded it collection of the account receivables, and will proceed to close the case.

After the Trustee's appointment, the Trustee learned that two entities maintained an interest in the Debtor's accounts receivable (the third entity, Wells Fargo Bank, N.A., released its lien prior to the Petition Date). Those two entities were Socket Capital, LLC ("Socket Capital"), which held a senior lien on the receivables, and Rapid Advance, which held a junior lien. The Trustee subsequently determined that Socket Capital's lien was recorded 90-days prior to the Petition Date and such, was an avoidable preferential transfer pursuant to 11 U.S.C. §547. Applicant advised the Trustee regarding Socket Capital's rights and communicated with Socket Capital in an attempt to resolve this avoidable lien without the need to commence an adversary proceeding. Applicant's efforts resulted in a settlement between the Trustee and Socket Capital, and Applicant prepared a motion to approve this settlement, which was approved by the Court on December 20, 2016 [Docket No. 244]. This settlement preserved Socket Capital's lien on the Debtor's accounts receivable for the benefit of the Estate.

The trustee has reviewed the claims register. At this time objection to claims are not required.

Estate returns have been filed, however the clearance letter has not been received. More than 60 days has passed since the submission of the final returns.

Period ending December 31, 2017- The only asset of significant value that is not encumbered is the debtor's right to insurance receivables. The trustee has recovered the accounts receivable and is ready to close the case.

The trustee has reviewed the claims register and objections are not required.

Estate returns have been completed. Because of lingering issues with the debtor's previous returns, the trustee's accountant is working with the taxing agencies to determine if additional documents are required.

The trustee will not be amending the ETFR date.

**Initial Projected Date Of Final Report (TFR):** 04/30/2018      **Current Projected Date Of Final Report (TFR):** 07/01/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 2:16-BK-14355-NB | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | MEDOMICS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0591 | Account #: | ******9066 Checking Account |
| For Period Ending: | 05/21/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/16 | {1} | WELLS FARGO BANK, N.A. | Closeout of DIP account | 1129-000 | 691.83 | | 691.83 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 681.83 |
| 02/02/17 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2017 FOR CASE #16-14355-NB, Bond No. 016030866 | 2300-000 | | 0.33 | 681.50 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 671.50 |
| 03/02/17 | {3} | Steve S. Sommer | turnover of a/r | 1121-000 | 12,551.76 | | 13,223.26 |
| 03/07/17 | {2} | Medomics, LLC | Turnover of funds from ch. 11 | 1229-000 | 241,858.96 | | 255,082.22 |
| 03/21/17 | {3} | Anthem Blue Cross | a/r | 1121-000 | 219.21 | | 255,301.43 |
| 03/27/17 | 102 | Med-Billing Solutions, LLC | EOD 3/23/17- Payment per invoice | 3991-000 | | 2,187.07 | 253,114.36 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 284.64 | 252,829.72 |
| 04/04/17 | {3} | EPS Operations / MN015-2850 | a/r | 1121-000 | 8,323.92 | | 261,153.64 |
| 04/11/17 | {3} | UnitedHealthcare | a/r | 1121-000 | 1,020.60 | | 262,174.24 |
| 04/11/17 | {3} | UnitedHealthcare | a/r | 1121-000 | 1,224.72 | | 263,398.96 |
| 04/11/17 | {3} | UnitedHealthcare | a/r | 1121-000 | 10,557.00 | | 273,955.96 |
| 04/11/17 | {3} | UnitedHealthcare | a/r | 1121-000 | 16,577.19 | | 290,533.15 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.13 | 290,162.02 |
| 05/24/17 | {3} | Group Health Incorporated | a/r | 1121-000 | 262.00 | | 290,424.02 |
| 05/24/17 | {3} | Group Health Incorporated | a/r | 1121-000 | 5,138.48 | | 295,562.50 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 460.64 | 295,101.86 |
| 06/12/17 | {3} | Optum Bank | a/r | 1121-000 | 9,744.34 | | 304,846.20 |
| 06/12/17 | {3} | Optum Bank | a/r | 1121-000 | 10,432.00 | | 315,278.20 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 440.90 | 314,837.30 |
| 07/05/17 | {4} | Barness & Barness LLP | payment per settlement | 1249-000 | 5,000.00 | | 319,837.30 |
| 07/14/17 | {5} | SoCal Gas | overpayment | 1229-000 | 1,260.00 | | 321,097.30 |
| 07/17/17 | {6} | ADP | Return of deposit | 1229-000 | 336.00 | | 321,433.30 |
| 07/31/17 | 103 | Franchise Tax Board | EOD 7/28/2017- FYE 5/31/2017 Form 568 | 2820-000 | | 7,208.00 | 314,225.30 |
| 07/31/17 | 104 | Franchise Tax Board | EOD 7/28/2017- Form 568 2016 | 2820-000 | | 3,754.00 | 310,471.30 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.16 | 310,027.14 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 503.17 | 309,523.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 430.36 | 309,093.61 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 474.22 | 308,619.39 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.90 | 308,175.49 |
| 12/14/17 | 105 | Wells Fargo Bank | EOD 9/29/2017-payment per sale | 4210-000 | | 3,500.00 | 304,675.49 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 428.48 | 304,247.01 |

**Page Subtotals:** $325,198.01    $20,951.00

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 2:16-BK-14355-NB | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | MEDOMICS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0591 | Account #: | ******9066 Checking Account |
| For Period Ending: | 05/21/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 486.91 | 303,760.10 |
| 02/05/18 | 106 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2018 FOR CASE #16-14355-NB, Bond No. 016030866 | 2300-000 | | 182.28 | 303,577.82 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 412.37 | 303,165.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 436.05 | 302,729.40 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 420.91 | 302,308.49 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 478.34 | 301,830.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 419.66 | 301,410.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 462.43 | 300,948.06 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 447.29 | 300,500.77 |
| 09/06/18 | {7} | Stericycle Steri-Sage Litigation | Payment from class action settlement | 1249-000 | 1,281.66 | | 301,782.43 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 231.25 | 301,551.18 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 272.63 | 301,278.55 |
| 11/27/18 | 107 | International Sureties | Bond No. 016030866 Voided on 11/27/2018 | 2300-000 | | 5.24 | 301,273.31 |
| 11/27/18 | 107 | International Sureties | Bond No. 016030866 Voided: check issued on 11/27/2018 | 2300-000 | | -5.24 | 301,278.55 |
| 11/27/18 | 108 | International Sureties | Bond No. 016030866 | 2300-000 | | 5.24 | 301,273.31 |
| 01/11/19 | 109 | Blue Cross of California dba Anthem Blue Cross | EOD 8/23/17- payment per settlement | 4210-000 | | 6,232.95 | 295,040.36 |
| 06/17/19 | {7} | Stericycle Steri Safe Litigation | settlement per class action | 1249-000 | 165.09 | | 295,205.45 |
| 10/03/19 | 110 | David M. Goodrich | Combined trustee compensation & expense dividend payments. | | | 20,933.67 | 274,271.78 |
| | | David M. Goodrich | Claims Distribution - Mon, 07-01-2019 $19,573.98 | 2100-000 | | | |
| | | David M. Goodrich | Claims Distribution - Mon, 07-01-2019 $1,359.69 | 2200-000 | | | |
| 10/03/19 | 111 | Contance R. Doyle | Distribution payment - Dividend paid at 100.00% of $2,130.00; Claim # ; Filed: $2,130.00 | 3991-000 | | 2,130.00 | 272,141.78 |
| 10/03/19 | 112 | Constance R. Doyle | Distribution payment - Dividend paid at 100.00% of $85.00; Claim # ; Filed: $85.00 | 3992-000 | | 85.00 | 272,056.78 |
| 10/03/19 | 113 | Sulmeyer Kuptez | Distribution payment - Dividend paid at 100.00% of $35,718.00; Claim # ; Filed: $35,718.00 | 3110-000 | | 35,718.00 | 236,338.78 |
| 10/03/19 | 114 | Sulmeyer Kuptez | Distribution payment - Dividend paid at 100.00% of $809.75; Claim # ; Filed: $809.75 | 3120-000 | | 809.75 | 235,529.03 |

**Page Subtotals:**    **$1,446.75**    **$70,164.73**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 2:16-BK-14355-NB | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | MEDOMICS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0591 | Account #: | ******9066 Checking Account |
| For Period Ending: | 05/21/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/19 | 115 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $15,279.50; Claim # ; Filed: $15,279.50 | 3410-000 | | 15,279.50 | 220,249.53 |
| 10/03/19 | 116 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $207.52; Claim # ; Filed: $207.52 | 3420-000 | | 207.52 | 220,042.01 |
| 10/03/19 | 117 | David M. Goodrich | Distribution payment - Dividend paid at 100.00% of $32,476.85; Claim # ; Filed: $32,476.85 | 6101-000 | | 32,476.85 | 187,565.16 |
| 10/03/19 | 118 | United States Trustee's Office | Distribution payment - Dividend paid at 100.00% of $1,624.73; Claim # 15; Filed: $1,624.73 | 2950-000 | | 1,624.73 | 185,940.43 |
| 10/03/19 | 119 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $1,700.12; Claim # 17; Filed: $1,700.12 | 2820-000 | | 1,700.12 | 184,240.31 |
| 10/03/19 | 120 | Sulmeyer Kuptez | Distribution payment - Dividend paid at 100.00% of $26,109.00; Claim # ; Filed: $26,109.00 | 6110-000 | | 26,109.00 | 158,131.31 |
| 10/03/19 | 121 | Sulmeyer Kuptez | Distribution payment - Dividend paid at 100.00% of $164.58; Claim # ; Filed: $164.58 | 6120-000 | | 164.58 | 157,966.73 |
| 10/03/19 | 122 | Law Office of Michael J. Berger | Distribution payment - Dividend paid at 100.00% of $25,974.00; Claim # ; Filed: $25,974.00 | 6210-160 | | 25,974.00 | 131,992.73 |
| 10/03/19 | 123 | Law Office of Michael J. Berger | Distribution payment - Dividend paid at 100.00% of $1,646.44; Claim # ; Filed: $1,646.44 | 6220-170 | | 1,646.44 | 130,346.29 |
| 10/03/19 | 124 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $43.86; Claim # ; Filed: $43.86 | 6420-000 | | 43.86 | 130,302.43 |
| 10/03/19 | 125 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $10,785.50; Claim # ; Filed: $10,785.50 | 6410-000 | | 10,785.50 | 119,516.93 |
| 10/03/19 | 126 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $82,712.11; Claim # 1P-3; Filed: $82,712.11 | 5800-000 | | 82,712.11 | 36,804.82 |
| 10/03/19 | 127 | Los Angeles Conty and Treasurer | Distribution payment - Dividend paid at 100.00% of $68.95; Claim # 2P; Filed: $68.95 | 5800-000 | | 68.95 | 36,735.87 |
| 10/03/19 | 128 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $6,823.74; Claim # 5P; Filed: $6,823.74 | 5800-000 | | 6,823.74 | 29,912.13 |
| 10/03/19 | 129 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 1.27% of $32,784.22; Claim # 1U-3; Filed: $32,784.22 | 7100-000 | | 416.22 | 29,495.91 |
| 10/03/19 | 130 | Bluemeetsblue | Distribution payment - Dividend paid at 1.27% of $3,240.00; Claim # 3; Filed: $3,240.00 Stopped on 03/02/2020 | 7100-001 | | 41.14 | 29,454.77 |
| 10/03/19 | 131 | Bluemeetsblue | Distribution payment - Dividend paid at 1.27% of $14,975.69; Claim # 4; Filed: $14,975.69 Stopped on 03/02/2020 | 7100-000 | | 190.12 | 29,264.65 |
| 10/03/19 | 132 | Franchise Tax Board | Distribution payment - Dividend paid at 1.27% of $688.00; Claim # 5U; Filed: $688.00 | 7100-000 | | 8.73 | 29,255.92 |
| 10/03/19 | 133 | Financial Pacific Leasing, Inc. | Distribution payment - Dividend paid at 1.27% of $6,507.00; Claim # 6; Filed: $6,507.00 | 7100-000 | | 82.61 | 29,173.31 |

**Page Subtotals:** $0.00  $206,355.72

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| **Case No.:** | 2:16-BK-14355-NB | **Trustee Name:** | David M. Goodrich (001790) |
|---|---|---|---|
| **Case Name:** | MEDOMICS LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***0591 | **Account #:** | ******9066 Checking Account |
| **For Period Ending:** | 05/21/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/19 | 134 | RAPID ADVANCE | Distribution payment - Dividend paid at 1.27% of $137,525.26; Claim # 7; Filed: $137,525.26 | 7100-000 | | 1,745.95 | 27,427.36 |
| 10/03/19 | 135 | Skjold Nicolas Neckelmann | Distribution payment - Dividend paid at 1.27% of $19,563.63; Claim # 8; Filed: $19,563.63 | 7100-000 | | 248.37 | 27,178.99 |
| 10/03/19 | 136 | Mitchell Silberberg & Knupp LLP | Distribution payment - Dividend paid at 1.27% of $55,260.06; Claim # 9; Filed: $55,260.06 | 7100-000 | | 701.55 | 26,477.44 |
| 10/03/19 | 137 | Socket Capital LLC | Distribution payment - Dividend paid at 1.27% of $1,286,321.90; Claim # 10U; Filed: $1,328,521.19 Stopped on 01/23/2020 | 7100-000 | | 16,330.51 | 10,146.93 |
| 10/03/19 | 138 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 1.27% of $799,254.03; Claim # 11 -4; Filed: $799,254.03 | 7100-000 | | 10,146.93 | 0.00 |
| 01/23/20 | 137 | Socket Capital LLC | Distribution payment - Dividend paid at 1.27% of $1,286,321.90; Claim # 10U; Filed: $1,328,521.19 Stopped: check issued on 10/03/2019 | 7100-000 | | -16,330.51 | 16,330.51 |
| 01/23/20 | 139 | Socket Capital LLC | Distribution payment - Dividend paid at 1.27% of $1,286,321.90; Claim # 10U; Filed: $1,328,521.19 | 7100-000 | | 16,330.51 | 0.00 |
| 03/02/20 | 130 | Bluemeetsblue | Distribution payment - Dividend paid at 1.27% of $3,240.00; Claim # 3; Filed: $3,240.00 Stopped: check issued on 10/03/2019 | 7100-001 | | -41.14 | 41.14 |
| 03/02/20 | 131 | Bluemeetsblue | Distribution payment - Dividend paid at 1.27% of $14,975.69; Claim # 4; Filed: $14,975.69 Stopped: check issued on 10/03/2019 | 7100-000 | | -190.12 | 231.26 |
| 03/10/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 231.26 | 0.00 |
| | | **COLUMN TOTALS** | | | 326,644.76 | 326,644.76 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 231.26 | |
| | | **Subtotal** | | | 326,644.76 | 326,413.50 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$326,644.76** | **$326,413.50** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 5

| **Case No.:** | 2:16-BK-14355-NB | **Trustee Name:** | David M. Goodrich (001790) |
|---|---|---|---|
| **Case Name:** | MEDOMICS LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0591 | **Account #:** | ******0056 Checking account |
| **For Period Ending:** | 05/21/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
|  |  | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/09/20 |  | Transition Transfer Credit | INCOMING WIRE | 9999-000 | 231.26 |  | 231.26 |
| 03/29/20 | 1000 | United States Bankruptcy Court | Unclaimed Dividend | 7100-001 |  | 231.26 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | **231.26** | **231.26** | **$0.00** |
|  |  |  | Less: Bank Transfers/CDs |  | 231.26 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **231.26** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$231.26** |  |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 2:16-BK-14355-NB | **Trustee Name:** | David M. Goodrich (001790) | |
| **Case Name:** | MEDOMICS LLC | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***0591 | **Account #:** | ******0056 Checking account | |
| **For Period Ending:** | 05/21/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9066 Checking Account | $326,644.76 | $326,413.50 | $0.00 |
| ******0056 Checking account | $0.00 | $231.26 | $0.00 |
| | $326,644.76 | $326,644.76 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)